1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  QUEENIE K. NG, State Bar No. 223803
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California 90017-5418
   (213) 894-4356 telephone
6  (213) 894-2603 facsimile
   Email: queenie.k.ng@usdoj.gov
7

8

9  **UNITED STATES BANKRUPTCY COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

11  **LOS ANGELES DIVISION**

12  In re:                          ) Case No.: 2:13-bk-29686 TD
                                    )
13  **EFRAIN OLIVARES**,             ) Chapter 11
                                    )
14         Debtor(s).               ) **UNITED STATES TRUSTEE'S**
                                    ) **OBJECTION TO INDIVIDUAL**
15                                  ) **DEBTOR'S DISCLOSURE STATEMENT**
                                    ) **IN SUPPORT OF PLAN OF**
16                                  ) **REORGANIZATION**
                                    )
17                                  ) Hearing Date:   January 8, 2014
                                    ) Time            10:00 a.m.
18                                  ) Place           Courtroom 1345
                                    )                 255 E. Temple St.
19                                  )                 Los Angeles, CA 90017
                                    )
20                                  )
                                    )
21                                  )

22         NOTICE IS HEREBY GIVEN that Peter C. Anderson, the United States Trustee for the

23  Central District of California ("U.S. Trustee") hereby files an Objection (the "Objection") to the

24  Individual Debtor's Disclosure Statement (the "Disclosure Statement") in Support of Plan of

25  Reorganization, as set forth below. The United States Trustee does not believe that the Disclosure

26  Statement contains "adequate information" upon which the parties in interest will be able to make

27  an informed judgment about the Plan as required by 11 U.S.C. § 1125.

28         //

- 1 -

# I. MINIMUM DISCLOSURE REQUIREMENTS

Section 1125 of the Bankruptcy Code prohibits the solicitation of acceptances or rejections of a plan from the holder of a claim or interest unless a written disclosure statement, which the court has found to contain adequate information, has first been transmitted to such holder. "Adequate information" is defined as:

> "[I]nformation of a kind, and in sufficient detail, as far is reasonably practicable in light of the nature and history of the debtor and the condition of the debtor's books and records, that would enable a hypothetical reasonable investor typical of holders of claims or interests of the relevant class to make an informed judgment about the plan. . .".

11 U.S.C. §1125(a)(1).

The phrasing of this section indicates that a finding of "adequate information" will be made on a case-by-case basis. No set of guidelines, therefore, could hope to be exclusive or exhaustive. However, there has developed some consensus around a "core" set of factors to be considered in most cases. The leading case setting forth these factors is *In re Metrocraft Publishing Services, Inc.,* 30 B.R. 567 (Bankr. N.D. Ga. 1984). The *Metrocraft* court found that factors relevant to evaluating the adequacy of a disclosure "may include" the following:

"(1) the events which led to the filing of a bankruptcy petition; (2) a description of the available assets and their value; (3) the anticipated future of the company; (4) the source of information stated in the disclosure statement; (5) a disclaimer; (6) the present condition of the debtor while in chapter 11; (7) the scheduled claims; (8) the estimated return to creditors under a chapter 7 liquidation; (9) the accounting method utilized to produce financial information and the name of the accountants responsible for such information; (10) the future management of the debtor; (11) the chapter 11 plan or a summary thereof; (12) the estimated administrative expenses, including attorneys' and accountant's fees; (13) the collectibility of accounts receivable; (14) financial information, data, valuations or projections relevant to the creditors' decision to accept or reject the Chapter 11 plan; (15) information relevant to the risks posed to creditors under the plan; (16) the

- 2 -

actual or projected realizable value from recovery of the preferential or otherwise voidable transfers; (17) litigation likely to arise in a non-bankruptcy context;(18) tax attributes of the debtor; and (19) the relationship of the debtor with affiliates." *Metrocraft, supra,* 39 B.R. at 568.

## II.    DISCLOSURE STATEMENT

The United States Trustee objects to the Debtor's Disclosure Statement, as follows:

1.   Funding for the Plan

In the Disclosure Statement, the Debtor states that he will fund the plan from the following source of income: (i) cash projection of $35,100.00 on the Effective Date (as defined in the Disclosure Statement); (ii) Debtor's future disposable income; and (iii) cash contribution from Debtor's wholly owned company, Arquitaller, Inc. ("Arquitaller").

a.   Available Cash on Hand

Debtor states that he will have at least $35,100 in cash on hand by the Effective Date.[1]  The sources of cash the Debtor will have on hand is based on: (i) cash in the amount of $100; and (ii) contributions from Arquitaller in the amount of $35,000.[2]

Based on the Monthly Operating Report ("MOR") for the period ending September 30, 2012, the Debtor has approximately $60.00 in the DIP account  [Bankr. Dkt. 38].[3]  The Debtor did not file his Monthly Operating Reports for October 2013 (due 11/15/2013) and November 2013 (due 12/15/2013).

Therefore, the Debtor should provide evidence as to when the additional funds ($35,000.00) would be deposited into the Debtor's DIP account(s) by Arquitaller.

---

[1] Disclosure Statement (filed 11/15/2013), at p. 4.

[2] *Id.* at p. 6.

[3] A true and accurate copy of the Debtor's September 2013 MOR is attached hereto as Exhibit "2" and is incorporated herein by this reference as if set forth in full.

1                  b.   Cash Contribution

2         Debtor states that "Arquitaller shall also provide Debtor with whatever cash necessary to

3 confirm the Plan."[4]

4         The Debtor should provide evidence of Arquitaller's financial conditions and/or its ability to

5 make the cash contribution, if necessary. At a minimum, the Debtor should provide evidence to

6 show Arquitaller's willingness and ability to make the monthly cash contribution to the Debtor, if

7 necessary.

8                  c.   Debtor's Future Disposable Income

9         Debtor projects his monthly disposable income available to creditors for the 2-year period

10 following confirmation will be \$294.00, based on a monthly income of \$14,350.00 and monthly

11 expenses of \$14,056.00.[5]

12         However, the Debtor's MOR for August 2013 (Docket Item # 40) and September 2013

13 (Docket Item #38) shows no income and expense for both months.[6] According to the Disclosure

14 Statement, the Debtor's monthly operating reports "were not filled out properly and will be

15 amended."[7] As of the filing of this Objection, the Debtor has yet to amend his MORs for August

16 2013 and September 2013. Further, the Debtor has yet to file his MORs for October 2013 and

17 November 2013. Accordingly, the United States Trustee is unclear as to the basis of the Debtor's

18 estimated projected monthly disposable income.

19     //

20     //

21     //

22     //

23     //

24 _____

25     [4] Disclosure Statement (filed 11/15/2013), at p. 5.

26     [5] *Id.* at p. 4.

27     [6] A true and accurate copy of the Debtor's August 2013 MOR is attached hereto as Exhibit "1" and is incorporated herein by this reference as if set forth in full.

28     [7] Disclosure Statement (filed 11/15/2013), at p. 4.

1    WHEREFORE, the United States Trustee submits his objection to the approval of the

2    Debtor's Disclosure Statement unless the foregoing concerns are addressed by the Debtor.'

3

4    DATED: December 24, 2013                          PETER C. ANDERSON
                                                       UNITED STATES TRUSTEE
5
                                                       Queenie M
6
                                                       _____
7                                                      By:    QUEENIE K. NG
                                                              Trial Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

Exhibit "1"

Exhibit "1"

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>　　Efrain Olivares<br><br><br><br>　　　　　　　　　　　　　　　Debtor(s). | CHAPTER 11 (NON-BUSINESS)<br><br>Case Number:　　　　　　　#2-13-bk-29686-TD<br>Operating Report Number:　　　　　　　　　1<br>For the Month Ending:　　　　　　31-Aug-13 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                 0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                 0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                     60.00

4.  RECEIPTS DURING CURRENT PERIOD:

5.  BALANCE:                                                              60.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD                 0.00

7.  ENDING BALANCE:                                                       60.00

8.  General Account Number(s):            xxx3740

　　　Depository Name & Location:            Bank of the West
　　　　　　　　　　　　　　　　　　　　400 N. Glendale ave. Glendale, CA 91206

---

\*    All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |
|---|---|---|---|---|

GENERAL ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____8/19/2013_____   Balance on Statement: _____$60.00___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 8/2/2013 | 60.00 |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    | 60.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    | $60.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: 8/19/2013 Balance on Statement: $60.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 8/2/2013 | 60.00 |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT 60.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: 0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: $60.00

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

# BANK⁰ᶠᵗʰᵉWEST

P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

August 9, 2013 - August 12, 2013

Page **1** of **4**

ᵈᵘˡˡʳᵈˡˡˡʳˡˡˡˡˡˡʳˡˡˡˡˡˡˡʳˡˡˡˡˡˡʳˡˡˡˡ

>002431 3477220 0001 008230 10Z
EFRAIN OLIVARES
DEBTOR-IN-POSSESSION
CASE #2:13-BK-29686-TD
403 W KENNETH RD
GLENDALE CA 91202-1401

## At your service

 bankofthewest.com

1-800-488-2265

## Lost Card Fee

Bank of the West would like to remind you that we charge a $5 fee for the replacement of ATM and Debit Cards that are reported lost. Please bear in mind that this fee does not cover any expedited shipping request. Please see your Bank of the West Schedule of Fees and Charges for a full explanation of all fees.

It's that time of year again! Students are busier than ever. That's why we designed our Student Checking account to offer the features students need most. Like a low minimum balance to open, easy account access from their smartphone and optional Student Perks Bundle. Learn more at www.bankofthewest.com.

## 55+ CHECKING ●●●●●3740

EFRAIN OLIVARES
DEBTOR-IN-POSSESSION
CASE #2:13-BK-29686-TD

### ACCOUNT SUMMARY

| | |
|---|---|
| **Beginning Balance** | **$0.00** |
| Total deposits and additions | 60.00 |
| Total withdrawals and subtractions | 0.00 |
| **Ending Balance** | **$60.00** |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $60.00 |

### ACCOUNT SERVICES

Your account has the services checked below.

☐ Auto-Save
☐ Debit Card
☐ Direct Deposit
☐ Gold Line
☐ Mobile Banking
☐ Online Banking
☐ Online Statements
☐ Overdraft Protection

If you would like to add or find out about any other services, please contact us at 1-800-488-2265.

**For your protection:**

Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 

02431 3477220 004261 008521 00010/0002

# BANK OF THE WEST

# Account Statement

August 9, 2013 - August 12, 2013

Page **2** of **4**

## YOU CAN USE THIS FORMAT TO RECONCILE YOUR CHECKING OR SAVINGS ACCOUNT BALANCE(S).

To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account(s).

1. Enter the ending balance for an account as shown on the front of the statement.

2. Compare the items listed on the statement against your register(s).

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. ADD any deposits made after the statement period.

5. Enter each debit transaction (e.g., check, withdrawal, pre-authorized ACH) made but not listed on the statement in the outstanding withdrawals column.

6. SUBTRACT outstanding debit transaction total made after the statement period.

7. Enter in your register(s) any automatic credits, deposits, or interest appearing on this statement that have not been recorded.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

*If this balance differs from your register(s), use the following steps to locate the error:
  a. Examine the figures used in this reconcilement for accuracy.
  b. Examine last month's reconcilement for difference adjustments, charges not deducted, interest not added, etc.
  c. Verify addition and subtraction in your register(s).
  d. Verify that any service charge or other fees due for this statement period has been deducted from your register(s).

Ending balance from statement $ _____

Add outstanding deposits     $ _____

List outstanding debit transactions

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total |  |

Subtract total outstanding debit transactions $ _____

Equals account balance* $ _____

## IMPORTANT INFORMATION

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West**, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:
  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com

 1-800-488-2265

**BANK OF THE WEST**

# Account Statement

August 9, 2013 - August 12, 2013

Page **3** of **4**

## 55+ CHECKING  xxx-xx3740 *(continued)*

ACTIVITY DETAIL

### Deposits

| Date | Description | Amount |
|------|-------------|--------|
| 08/09 | Deposit | $60.00 |
| **Total Deposits** | | **$60.00** |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| **Beginning Balance** | | | | **$0.00** |
| 08/09 | Deposit | 60.00 | | 60.00 |
| **Totals** | | **$60.00** | **$0.00** | |
| **Ending Balance** | | | | **$60.00** |

02431 347T220 004262 008523 0002/0002

**BANK OF THE WEST**

# Account Statement

August 9, 2013 - August 12, 2013

Page **4** of **4**

This space intentionally left blank.

II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Citi Mortgage | Monthly | 8800 | 1 | 8,800.00 |
| Wells Fargo | Monthly | 523 | 0 | 523.00 |
| BMW | Monthly | 500 | 0 | 500.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 9,823.00 |

V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Allstate | 1129473.00 | 2/25/2014 | 2/25/2013 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | Allstate | California Liability | 4/23/2014 | 12/23/2013 |
| Others: | | | | |
| | | | | |

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of of montly account statements for each of the below)

|  | General Account: | 60.00 |
|---|---|---|
|  | Payroll Account: | o |
|  | Tax Account: | 0.00 |
| *Other Accounts: |  |  |
|  |  |  |
|  |  |  |
| *Other Monies: |  |  |
|  | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                      60.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
|  |  |  |

TOTAL PETTY CASH TRANSACTIONS:                              0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| not applicable | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | no | |

|   |   | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | no | |

3. State what progress was made during the reporting period toward filing a plan of reorganization
We have obtained a BPO on our property and our attorneys have been attemting to contact a representative of Citi to hopefully modify the loan. They are also looking at the possibility of refinancing the note. In the reorganization process, I am only looking for the mortgage co to modify our lloan so we can remain in the home. Other debt is being paid and is almost completed including medical payments that were the deductible associated with my wife's accident.

4. Describe potential future developments which may have a significant impact on the case:
I have recently secured an Architectural Services contract for a 90 unit Mixed use project in Glendale, CA. Additionally a week ago I also secured an Architectural services contract for a new 6,000 square foot residence in Glendale. I am also currently working on a Creative office remodel in the west side and I am in discussions to provide architectural services for a 7 unit apartment building in Glendale. I am waiting for the City of Glendale to make a selection on a 80 unit mixed use project of which 10 teams submitted proposals. My team has been shorlisted as one of the 3 and a decision is expected within 2 weeks. All this activity is the result of my efforts over the last 2 years and indicates a heightened level of work for the next couple of years.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | no | |

I, Efrain Olivares
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

$9 \cdot 17 \cdot 13$

Date

Page 8 of 8

Principal for debtor-in-possession

-23-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document entitled (*specify*): **Monthly Operating Report #1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/7/13** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avanesian    michaelavanesian@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- Sylvia Lew    Sylvialew@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- Queenie K Ng    queenie.k.ng@usdoj.gov, melanie.green@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kristin A Zilberstein    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **11/7/13** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Gary Baddin, Analyst**
**Office of the United States Trustee**
**725 S. Figueroa Street, 26th Fl.**
**Los Angeles, CA 90017**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/7/13 | Joan Fidelson | |
|---------|---------------|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit "2"

Exhibit "2"

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (NON-BUSINESS) | |
|---|---|---|
| Efrain Olivares | | |
| | Case Number: | 2:13-bk-29686-TD |
| | Operating Report Number: | 2 |
| Debtor(s). | For the Month Ending: | september 30 2013 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          60.00

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                            60.00

4.  RECEIPTS DURING CURRENT PERIOD:

5.  BALANCE:                                                      60.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD                0.00

7.  ENDING BALANCE:                                               60.00

8.  General Account Number(s):          xxx3740

    Depository Name & Location:         Bank of the West
                                        400 N. Glendale, Ave., Glendale, CA 91206

* All receipts must be deposited into the general account.

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT

| 0.00 |
|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:

| 0.00 |
|---|

Bank statement Adjustments:
Explanation of Adjustments-

_____

ADJUSTED BANK BALANCE:

| $0.00 |
|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

**BANK OF THE WEST**
P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

August 13, 2013 - September 13, 2013

Page **1** of **2**

## At your service

 bankofthewest.com

1-800-488-2265

>000490 3543740 0001 008230 10Z
EFRAIN OLIVARES
DEBTOR-IN-POSSESSION
CASE #2:13-BK-29686-TD
403 W KENNETH RD
GLENDALE CA 91202-1401

## Back to school essentials

It's that time of year again! Students are busier than ever. That's why we designed our Student Checking account to offer the features students need most. Like a low minimum balance to open, easy account access from their smartphone and optional Student Perks Bundle. Learn more at www.bankofthewest.com.

Follow us on Facebook, Twitter, YouTube and LinkedIn for financial news, insights, tips, contests, new promotions, community events and other good things that celebrate the West.

---

## 55+ CHECKING ●●●●●3740

EFRAIN OLIVARES
DEBTOR-IN-POSSESSION
CASE #2:13-BK-29686-TD

### ACCOUNT SUMMARY

| | |
|---|---|
| **Beginning Balance** | **$60.00** |
| Total deposits and additions | 0.00 |
| Total withdrawals and subtractions | 0.00 |
| **Ending Balance** | **$60.00** |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $60.00 |

### ACCOUNT SERVICES

Your account has the services checked below.

☐ Auto-Save
☐ Debit Card
☐ Direct Deposit
☐ Gold Line
☐ Mobile Banking
☐ Online Banking
☐ Online Statements
☐ Overdraft Protection

If you would like to add or find out about any other services, please contact us at 1-800-488-2265.

---

**For your protection:**

Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 

Member FDIC

EQUAL HOUSING LENDER

00490 3543740 000491 000981 000/0001

**BANK OF THE WEST**

# Account Statement

August 13, 2013 - September 13, 2013

Page **2** of **2**

## YOU CAN USE THIS FORMAT TO RECONCILE YOUR CHECKING OR SAVINGS ACCOUNT BALANCE(S).

To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account(s).

1. Enter the ending balance for an account as shown on the front of the statement.

2. Compare the items listed on the statement against your register(s).

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. ADD any deposits made after the statement period.

5. Enter each debit transaction (e.g., check, withdrawal, pre-authorized ACH) made but not listed on the statement in the outstanding withdrawals column.

6. SUBTRACT outstanding debit transaction total made after the statement period.

7. Enter in your register(s) any automatic credits, deposits, or interest appearing on this statement that have not been recorded.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

*If this balance differs from your register(s), use the following steps to locate the error:
   a. Examine the figures used in this reconcilement for accuracy.
   b. Examine last month's reconcilement for difference adjustments, charges not deducted, interest not added, etc.
   c. Verify addition and subtraction in your register(s).
   d. Verify that any service charge or other fees due for this statement period has been deducted from your register(s).

Ending balance from statement $ _____

Add outstanding deposits        $ _____

List outstanding debit transactions

| Number or Date | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total |  |  |

Subtract total outstanding debit transactions $ _____

Equals account balance* $ _____

## IMPORTANT INFORMATION

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West**, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:
   1. Tell us your name and account number (if any).
   2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In South Dakota, Bank of the West operates under the name of Bank of the West California.

bankofthewest.com                                                                                1-800-488-2265

# BANK OF THE WEST

P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

September 14, 2013 - October 11, 2013

Page **1** of **2**

||ᵈᵘᵍⁿⁱᵘ||ᵗⁱⁱⁱᵘᵍᵗᵘᵗᵍ||ᵗⁱⁱᵖᵘ||ᵍᵗᵍⁱᵗᵘᵗᵗⁱ||ᵍᵖᵍᵗⁱⁱᵗⁱⁱᵍⁱᵗᵘ||ⁱᵗⁱᵗⁱ||

>000270 3607973 0001 008230 10Z
EFRAIN OLIVARES
DEBTOR-IN-POSSESSION
CASE #2:13-BK-29686-TD
403 W KENNETH RD
GLENDALE CA 91202-1401

## At your service

 bankofthewest.com

1-800-488-2265

## Stay Connected

Follow us on Facebook, Twitter, YouTube and LinkedIn for financial news, insights, tips, contests, new promotions, community events and other good things that celebrate the West.

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

## 55+ CHECKING ███████3740

EFRAIN OLIVARES
DEBTOR-IN-POSSESSION
CASE #2:13-BK-29686-TD

### ACCOUNT SUMMARY

| | |
|---|---|
| **Beginning Balance** | **$60.00** |
| Total deposits and additions | 0.00 |
| Total withdrawals and subtractions | 0.00 |
| **Ending Balance** | **$60.00** |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $60.00 |

### ACCOUNT SERVICES

Your account has the services checked below.

☐ Auto-Save
☐ Debit Card
☐ Direct Deposit
☐ Gold Line
☐ Mobile Banking
☐ Online Banking
☐ Online Statements
☐ Overdraft Protection

If you would like to add or find out about any other services, please contact us at 1-800-488-2265.

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.



**BANK OF THE WEST**

# Account Statement

September 14, 2013 - October 11, 2013

Page **2** of **2**

## YOU CAN USE THIS FORMAT TO RECONCILE YOUR CHECKING OR SAVINGS ACCOUNT BALANCE(S).

To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account(s).

Ending balance from statement $ _____

1. Enter the ending balance for an account as shown on the front of the statement.

Add outstanding deposits    $ _____

2. Compare the items listed on the statement against your register(s).

List outstanding debit transactions

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. ADD any deposits made after the statement period.

5. Enter each debit transaction (e.g., check, withdrawal, pre-authorized ACH) made but not listed on the statement in the outstanding withdrawals column.

6. SUBTRACT outstanding debit transaction total made after the statement period.

7. Enter in your register(s) any automatic credits, deposits, or interest appearing on this statement that have not been recorded.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

*If this balance differs from your register(s), use the following steps to locate the error:
   a. Examine the figures used in this reconcilement for accuracy.
   b. Examine last month's reconcilement for difference adjustments, charges not deducted, interest not added, etc.
   c. Verify addition and subtraction in your register(s).
   d. Verify that any service charge or other fees due for this statement period has been deducted from your register(s).

| Number or Date | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

Subtract total outstanding debit transactions $ _____

Equals account balance* $ _____

## IMPORTANT INFORMATION

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West**, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:
   1. Tell us your name and account number (if any).
   2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com

 1-800-488-2265

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Allstate | 1129473.00 | 2/25/2014 | 2/25/2014 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | Allstate | California Liability | 4/23/2014 | 12/23/2013 |
| Others: | | | | |

I.D. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

*(Provide a copy of of montly account statements for each of the below)*

|  |  |
|---|---|
| General Account: | _____ |
| Payroll Account: | _____ |
| Tax Account: | _____ |
| *Other Accounts: | _____ |
|  | _____ |
|  | _____ |
| *Other Monies: | _____ |
| **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                    0.00

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL PETTY CASH TRANSACTIONS:                          0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security) and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VI SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

|    |    | No | Yes |
|----|----|----|----|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below:    **no**  ____

|    |    | No | Yes |
|----|----|----|----|

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below:    **no**  ____

3. State what progress was made during the reporting period toward filing a plan of reorganization During September we have contacted Citi Mortgage and with the help of our attorneys are in the process of Loan Modification. We have completed paying our outstanding medical bills from the accident my wife suffered 2 1/2 years ago,. We no longer owe the hospitals or doctors.

4. Describe potential future developments which may have a significant impact on the case: We have begun the architectural work services for the Mixed Use project in Glendale, CA. We have also begun Architectural design services for a single family residence in Glendale as well as a creative office architectural project in West Los Angeles. We have provided proposals for 2 other projects in the Glendale area.In the interim we are paying off our debt with the intent that when a Loan modification is completed we will only need to cover mortgage and home expenses. In addition with my architectural contracts and my wife's employment we will be able to manage our mortgage payments and stay in our home.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|    |    | No | Yes |
|----|----|----|----|

6. Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.    **no**  ____

**Please note that the account at Bank of the west indicates no activity.. This is because I have decided to continue managing all my liabilities(except for Citi Mortgage) thru the business account.**

I, Efrain Olivares
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_10·7 2013_
_____
Date

_____
Principal for debtor-in-possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
206 N. Jackson Street, Suite 201, Glendale, CA 91206

A true and correct copy of the foregoing document entitled (*specify*): **Monthly Operating Report #2** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/7/13** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avanesian    michaelavanesian@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- Sylvia Lew    Sylvialew@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- Queenie K Ng    queenie.k.ng@usdoj.gov, melanie.green@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kristin A Zilberstein    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **11/7/13** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Gary Baddin, Analyst**
**Office of the United States Trustee**
**725 S. Figueroa Street, 26th Fl.**
**Los Angeles, CA 90017**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/7/13 | Joan Fidelson | |
|---------|---------------|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

–41–                    **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*):

**UNITED STATES TRUSTEE'S OBJECTION TO INDIVIDUAL DEBTOR'S DISCLOSURE STATEMENT IN SUPPORT OF PLAN OF REORGANIZATION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date)**December 24, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) **December 24, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **December 24, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/24/2013 | Stephanie Hill | *Stephanie Hill* |
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1. ### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

| Name | Capacity | Email Address |
|------|----------|---------------|
| Kristin Zilberstein | CitiMortgage | bknotice@mccarthyholthus.com |
| Michael Avanesian | Debtor's Attorney | michaelavanesian@tilemlaw.com |
| Sylvia Lew | Debtor's Attorney | sylvialew@tilemlaw.com |
| David Tilem | Debtor's Attorney | davidtilem@tilemlaw.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. ### SERVED BY U.S. MAIL

Debtor:
**Efrain Olivares**
403 W. Kenneth Road
Glendale, CA 91202

3. ### SERVED BY (state method for each person served):

#### FEDERAL EXPRESS OVERNIGHT MAIL

Judge's Copy

Honorable Thomas B. Donovan
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

#### PERSONAL DELIVERY, FACSIMILE OR EMAIL

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**