David A. Tilem (Bar No. 103825)
Michael Avanesian (Bar No. 278685)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Tel:(818) 507-6000 * Fax:(818) 507-6800
MichaelAvanesian@TilemLaw.com

Attorneys for Debtor and Debtor-In-Possession

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. **2:13-bk-29686-TD** |
| | Chapter 11 |
| **EFRAIN OLIVARES,** | **STIPULATION FOR ORDER CONTINUING HEARING ON DEBTOR'S DISCLOSURE STATEMENT** |
| | Date: January 29, 2014 |
| Debtor. | Time: 10:00 a.m. |
| | Ctrm: 1345 |

TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:

This Stipulation is made between Efrain Olivares ("Debtor") and the Office of the United States Trustee ("OUST") by and through their respective counsels of record, who hereby represent and stipulate as follows:

1. A continued hearing on the adequacy of Debtor's Disclosure Statement is scheduled to be heard on January 29, 2014 at 10:00 a.m. (the "Hearing").

2. The purpose of the continued Hearing is to provide additional time to the OUST to review Debtor's monthly operating reports ("MOR") and to provide evidence of the feasibility of Debtor's Plan.

3. Debtor believes that the Hearing should be continued to February 12, 2014 for the following two reasons:

(A) Debtor submitted a complete loan modification on January 11, 2014 and believes the bank must reply within 30 days and will be able to update the Court on that issue; and

(B) Debtor will be able to submit his MOR for the month of January which will provide OUST with better evidence as to the viability of Debtor's Plan.

4. Debtor's Counsel further represents that he is communicating with attorneys for the bank holding the first and only deed of trust against Debtor's primary residence.

5. The bank has elected not to object to the Disclosure Statement.

6. OUST is the only party in interest who has objected to the adequacy of the Disclosure Statement.

7. The OUST does not object to continuation of the Hearing.

///
///
///
///
///

-2-

WHEREFORE Debtor and the OUST hereby stipulate and agree as follows:

That the Hearing be continued for until February 12, 2014 or to a date convenient for the Court thereafter.

DATED: January 21, 2014          LAW OFFICES OF DAVID A. TILEM

                                 By: *(signature)*
                                 Michael Avanesian,
                                 Attorney for Debtor


DATED: January 21, 2014          PETER C. ANDERSON
                                 UNITED STATES TRUSTEE

                                 By: *(signature)*
                                 Queenie K. Ng,
                                 Trial Attorney

-3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*) **STIPULATION FOR ORDER CONTINUING HEARINGS ON DEBTOR'S DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/21/14**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael Avanesian    michaelavanesian@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- Sylvia Lew    Sylvialew@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- Queenie K Ng    queenie.k.ng@usdoj.gov, melanie.green@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kristin A Zilberstein    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **1/21/14**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas Donovan
United States Bankruptcy Court
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/21/14 | **Malissa Murguia** | *Malissa Murguia* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       **F 9013-3.1.PROOF.SERVICE**