| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David A. Tilem (Bar No. 103825)<br>Law Offices of David A. Tilem<br>206 North Jackson Street, Suite 201<br>Glendale, CA 91206<br>Tel: (818) 507-6000 * Fax: (818) 507-6800<br>Email: davidtilem@tilemlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: **Debtor** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>**Efrain Olivares**<br><br><br>Debtor(s) | CASE NO.: **2:13-bk-29686-TD**<br>CHAPTER: **11**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*:<br><br><u>**MOTION TO APPROVE DISCLOSURE STATEMENT**</u> |

PLEASE TAKE NOTE that the order titled <u>**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZAITON**</u> was lodged on *(date)* <u>**2/13/14**</u> and is attached. This order relates to the motion which is docket number <u>**49**</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                           F 9021-1.2.BK.NOTICE.LODGMENT

"EXHIBIT 1"

```
1  David A. Tilem (SB # 103825)
   Michael Avanesian (SB # 278685
2  LAW OFFICES OF DAVID A. TILEM
   206 North Jackson Street, Suite 201
3  Glendale, California 91206
   Tel:(818) 507-6000   Fax:(818) 507-6800
4  Email: davidtilem@tilemlaw.com

5  Attorneys for Debtor
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re: | ) Case No. 2:13-bk-29686-TD |
|---|---|
| | ) |
| | ) Chapter 11 |
| | ) |
| **EFRAIN OLIVARES,** | ) **ORDER APPROVING DEBTOR'S** |
| | ) **DISCLOSURE STATEMENT** |
| | ) **DESCRIBING CHAPTER 11 PLAN OF** |
| Debtor. | ) **REORGANIZATION** |
| | ) |
| | ) |
| | ) Date: February 12, 2014 |
| | ) Time: 10:00 a.m. |
| | ) CtRm: 1345 |
| | ) |

The Court conducted a hearing at the date, time and place set forth above to consider Debtor's motion to approve his Disclosure Statement Describing Chapter 11 Plan of Reorganization.

The Debtor appeared by David A. Tilem of the Law Offices of David A. Tilem. Queenie Ng appeared on behalf of the Office of the United States Trustee. There were no other appearances.

Based on the Debtor's motion, arguments of counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

1. Debtor's Disclosure Statement Describing Chapter 11 Plan of Reorganization (Docket #46) is approved as having adequate information.

2. The Court shall conduct a continued status conference in this case on April 16, 2014 at 10:00 a.m. This date and time may, at the election of the Debtor, be used for a hearing on confirmation of Debtor's proposed Chapter 11 Plan of Reorganization.

3. **Service Deadline**: No later than 3 business days after the Court has entered this Order, Debtor shall serve on all creditors and other interested parties: (a) the approved Disclosure Statement, (b) the proposed Chapter 11 Plan of Reorganization, (c) a conformed copy of this Scheduling Order, and (d) a Ballot. Debtor shall file a proof of service with the Court reflecting the date of service.

4. **Voting Deadline**: Those entitled to vote on the Chapter 11 Plan of Reorganization shall have until 5:00 p.m. Los Angeles time on March 19, 2014 to vote and return their ballots to Debtor's counsel.

5. **Objection Deadline**: Interested parties shall have until March 19, 2014 to file and serve any objections to confirmation of the Debtor's proposed Chapter 11 Plan of Reorganization.

6. **Confirmation Brief Due Date**: Debtor shall file with the Court a Ballot tally and any brief in support of confirmation on or before April 9, 2014.

7. **April 16, 2014 at 10:00 a.m.**: The Court will conduct a hearing at the date and time set forth above to consider confirmation of the Debtor's proposed Chapter 11 Plan of Reorganization.

###

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **2/13/14**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - Michael Avanesian    michaelavanesian@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
   - Sylvia Lew    Sylvialew@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
   - Queenie K Ng    queenie.k.ng@usdoj.gov, melanie.green@usdoj.gov
   - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   - Kristin A Zilberstein    bknotice@mccarthyholthus.com, kzilberstein@mccarthyholthus.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (date) **2/13/14**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Honorable Thomas Donovan
   United States Bankruptcy Court
   255 E. Temple Street, Suite 1352
   Los Angeles, CA 90012

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **11/7/13**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/13/14 | Malissa Murguia | /s/ Malissa Murguia |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                          F 9021-1.2.BK.NOTICE.LODGMENT